**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARPE INNOVATIONS, INC., | Case No. 1:17-CV-05460 |
| Plaintiff, | Patent Case |
| vs. | Hon. Virginia M. Kendall |
| KDDI AMERICA, INC., LOCUS TELECOMMUNICATIONS, LLC, | |
| Defendants. | |

| | |
|---|---|
| SHARPE INNOVATIONS, INC., | Case No. 1:17-CV-05462 |
| Plaintiff, | Patent Case |
| vs. | Hon. Virginia M. Kendall |
| TRACFONE WIRELESS, INC., CVS HEALTH CORPORATION, AMAZON.COM, INC., | |
| Defendants. | |

**JUNE 5, 2018 STATUS REPORT OF DEFENDANTS TRACFONE WIRELESS, INC., CVS HEALTH CORPORATION AND AMAZON.COM, INC.**

Pursuant to the Court's March 1, 2018 Minute Entry and Order (Dkt. 47) Granting Defendant TracFone Wireless, Inc.'s Motion to Stay pending *inter partes* review (IPR) of the patents-in-suit (Dkt. 31), Defendants TracFone Wireless, Inc. (TracFone), CVS Health Corporation, and Amazon.com, Inc. hereby submit this status report on the pending IPR proceedings of the patents-in-suit.

1

On May 23, 2018, the Patent Trial and Appeal Board (PTAB) instituted review of IPR2018-00222, including review of all claims, and on all grounds, challenged by Petitioner. The PTAB's institution decision is attached hereto as Exhibit 1. On May 31, 2018, the PTAB instituted review of IPR2018-00225, including review of all claims, and on all grounds, challenged by Petitioner. The PTAB's institution decision is attached hereto as Exhibit 2. Accordingly, the PTAB has instituted review of all potentially asserted claims for all patents at issue in this action.

The PTAB issued a Scheduling Order (attached hereto as Exhibit 3) whereby, *inter alia*, Sharpe Innovations' Patent Owner Responses are due August 20, 2018, Petitioner's Replies are due November 13, 2018, and Oral Argument is set for January 30, 2019. Pursuant to 35 U.S.C. § 316(a)(11), the PTAB must issue a final written decision on these IPRs no later than May 31, 2019. Based on the above, and the Court's March 1, 2018 Order granting TracFone's motion to stay pending IPR resolution over the patents-in-suit (Dkt. 47), Defendants respectfully request that the Court's stay of this litigation remain in place until resolution of the pending IPRs.

On June 4, 2018, counsel for TracFone conferred with counsel for Sharpe Innovations, Inc. (Sharpe) and Sharpe confirmed that it does not seek to lift this Court's stay pending resolution of the instituted IPRs.

Dated: June 5, 2018

        Respectfully submitted,

        */s/ Linda X. Shi*_____
        Linda X. Shi
        MAYER BROWN LLP
        71 South Wacker Drive
        Chicago, Illinois 60606-4637
        Telephone: (312) 782-0600

Facsimile: (312) 701-7711
lshi@mayerbrown.com

Edward D. Johnson*
Michael A. Molano*
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
wjohnson@mayerbrown.com
mmolano@mayerbrown.com

B. Clayton McCraw (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone (212) 506-2500
Facsimile: (212) 262-1910
cmccraw@mayerbrown.com

*\* application for pro hac vice admission forthcoming*

*Counsel for Defendant, Counterclaim-Plaintiff, TracFone Wireless, Inc.*

/s/Louis J. Alex _____
Louis J. Alex
COOK ALEX LTD.
200 West Adams Street
Suite 2850
Chicago, Illinois 60606
Telephone: (312) 236-8500
Facsimile: (312) 236-8176
lalex@cookalex.com

Ethan Horwitz*
Gabriella S. Paglieri*
CARLTON FIELDS
405 Lexington Avenue, 36th Floor 3000
New York, New York 10174
Telephone: (212) 785-2577
Facsimile: (212) 785-5203
ehorwitz@carltonfields.com

gpaglieri@carltonfields.com

*application for pro hac vice admission forthcoming*

*Counsel for Defendants CVS Health Corporation and Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I, Linda X. Shi, an attorney, hereby certifies that on June 5, 2018, I caused a true and correct copy of the foregoing to be filed and served electronically via the court's CM/ECF system.

/s/ *Linda X. Shi*_____
Linda X. Shi
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lshi@mayerbrown.com
