## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sharpe Innovations, Inc.

                    Plaintiff,

v.                                                  Case No.: 1:17–cv–05460

                                                      Honorable Virginia M. Kendall

KDDI America, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 6, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants Locus Telecommunications, LLC, and, KDDI America, Inc. are with prejudice pursuant to Notice of Dismissal [50]. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.