IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARPE INNOVATIONS, INC., | Case No. 1:17-CV-05460 |
| Plaintiff, | Patent Case |
| vs. | Hon. Virginia M. Kendall |
| KDDI AMERICA, INC., LOCUS TELECOMMUNICATIONS, LLC, | |
| Defendants. | |

| | |
|---|---|
| SHARPE INNOVATIONS, INC., | Case No. 1:17-CV-05462 |
| Plaintiff, | Patent Case |
| vs. | Hon. Virginia M. Kendall |
| TRACFONE WIRELESS, INC., CVS HEALTH CORPORATION, AMAZON.COM, INC., | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's March 1, 2018 Minute Entry and Order (Dkt. 47) Granting Defendant TracFone Wireless, Inc.'s Motion to Stay pending *inter partes* review (IPR) of the patents-in-suit (Dkt. 31), Plaintiff Sharpe Innovations, Inc. ("Sharpe") and Defendant TracFone Wireless, Inc. (TracFone) hereby notify the Court that on September 11, 2018, IPR2018-00222

1

and IPR2018-00225 were terminated by the Patent Trial and Appeal Board, based on Sharpe's settlement with Petitioner T-Mobile USA, Inc. ("T-Mobile").

Plaintiff Sharpe and Defendant TracFone are engaged in mature discussions to resolve this matter and respectfully request the stay remain in place so that such negotiations may continue and, if appropriate, dismissal papers may thereafter be filed with the Court.

Dated: October 10, 2018

Respectfully submitted,

*/s/ Linda X. Shi*
Linda X. Shi
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lshi@mayerbrown.com

Edward D. Johnson*
Michael A. Molano*
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
wjohnson@mayerbrown.com
mmolano@mayerbrown.com

B. Clayton McCraw (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
cmccraw@mayerbrown.com

* *application for pro hac vice admission forthcoming*

*Counsel for Defendant, Counterclaim-Plaintiff, TracFone Wireless, Inc.*

<u>/s/ Isaac P. Rabicoff</u>
Isaac P. Rabicoff

Kenneth Matuszewski
RABICOFF LAW LLC
73 W. Monroe Street
Chicago, Illinois 60603
Telephone: (773) 669-4590
isaac@rabilaw.com

kenneth@rabilaw.com

*Counsel for Plaintiff Sharpe Innovations, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, I caused a true and correct copy of the foregoing to be filed and served electronically via the court's CM/ECF system.

/s/ _____
Isaac P. Rabicoff